PROB 12B
ED/AR (8/2002)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 4 2007

JAMES W. McCORMACK, CLERK
By: _Dackson_
DEP CLERK

# United States District Court

## for the

## Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard Dale Washam                    Case Number:  4:04CR00141-01 JMM

Name of Sentencing Judicial Officer:      Honorable James M. Moody
United States District Judge

Offense:            Conspiracy to distribute and possess with intent to distribute more than 500 grams of methamphetamine

Date of Sentence:   February 16, 2005

Sentence:           23 months Bureau of Prisons, 5 years supervised release, mandatory drug testing, substance abuse treatment, DNA collection and $100 special penalty assessment

Type of Supervision:   Supervised Release        Date Supervision Commenced:  May 5, 2006
Expiration Date:  May 4, 2011

Asst. U.S. Attorney: Kevin Alexander        Defense Attorney:  Jerome Kearney

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in a Residential Re-entry Center for a period of time not to exceed six months as directed by the U.S. Probation Office.**

### CAUSE

On September 14, 2006, Mr. Washam began participating in chem-free living and out-patient counseling at the Wilbur D. Mills Treatment Center in Searcy, Arkansas. On December 30, 2006, he was evicted from chem-free living for failing to pay rent. On January 12 and 17, 2007, Mr. Washam failed to report to the probation office for code-a-phone drug testing and he failed to attend his substance abuse counseling on January 12, 2007. On January 22, 2007, Mr. Washam reported to the probation office and signed an admission of drug use form stating he used methamphetamine on January 10, 11, 12 and 13, 2007.

Prob 12B                                  -2-                          Request for Modifying the
                                                                       Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender: Richard Dale Washam                   Case Number: 4:04CR00141-01 JMM

The Court was previously notified that Mr. Washam tested positive for methamphetamine on June 21,
2006. He signed an admission of drug use form stating he used methamphetamine, amphetamine and
alcohol on June 19, 2006. On July 6, 2006, Mr. Washam again tested positive for methamphetamine. He
signed an admission of drug use form stating he used methamphetamine on July 2, 2006. On July 10,
2006, Mr. Washam failed to report to the probation office for code-a-phone drug testing. On July 25,
2006, he was referred to Freedom House in Russellville, Arkansas, in order to participate in residential
substance abuse treatment which he completed on September 8, 2006.

On January 22, 2007, Mr. Washam signed a Probation Form 49, Waiver of Hearing to Modify Conditions
of Supervised Release. During a telephone conversation on January 23, 2007, Assistant Federal Public
Defender Jerome Kearney advised that he is in agreement with the modification.

Brent J. Young                                          Kevin Alexander
U.S. Probation Officer                                  Assistant U.S. Attorney

Date: January 30, 2007                                  Date:   2-14-07

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

                                                        Signature of Judicial Officer

                                                        2/14/07

                                                        Date

This form is to be filed with Criminal Docketing as an order and/or petition.
BJY/jkr

Approved:

Alan Schornel

Supervising U.S. Probation Officer

BJY/jkr

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, Kevin Alexander, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance
of counsel before any unfavorable change may be made in my Conditions of Probation and
Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I
understand that I have the right to be represented at the hearing by counsel of my own choosing
if I am able to retain counsel.  I also understand that I have the right to request the Court to
appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain
counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I
also agree to the following modification of my Conditions of Probation and Supervised Release
or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a Residential Re-entry Center for a period
of time not to exceed six months, as directed by the U.S. Probation Office.**

Witness: _____          Signed: _____
            U.S. Probation Officer                      Probationer or Supervised Releasee

                    _____1-27-07_____
                            DATE